# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Todd White**
        Plaintiff
  vs.                              **CASE NUMBER: 5:11-CV-187 (NPM)**

**Michael J. Astrue, Commissioner of Social Security**
        Defendant

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That plaintiff's Motion for Judgment on the Pleadings is hereby DENIED, and the Commissioner's Motion for Judgment on the Pleadings is GRANTED.  Therefore the Complaint is DISMISSED and this case is closed.

All of the above pursuant to the order of the Honorable Judge Neal P. McCurn, dated the 19th day of April, 2012.

DATED: April 23, 2012

*Lawrence K. Baerman*
Clerk of Court

s/

Joanne Bleskoski
Deputy Clerk